**Order entered October 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01017-CV

### LISA HAWKINS, Appellant

### V.

### MICHAEL JENKINS AND WANDA JENKINS, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01539-D**

## ORDER

By letter dated October 11, 2018, we directed appellant to file, within ten days, written verification she had requested the reporter's record and paid the reporter's fee. Although appellant has not responded, court reporter Coral L. Wahlen has filed a request for an extension of time to file the record. In her request, she states she has received payment from appellant.

We **GRANT** Ms. Wahlen's request and **ORDER** the reporter's record be filed no later than November 7, 2018.

/s/     DAVID EVANS
         JUSTICE